**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NIPUN SHARMA,<br><br>    Plaintiff<br><br>v.<br><br>AMAZON.COM SERVICES LLC and MAJOR LUTIE FITNESS,<br><br>    Defendant | Case No.: 2:24-cv-02166-APG-DJA<br><br>**Order Remanding Case for Lack of Subject Matter Jurisdiction** |

    Defendant Amazon.com Services LLC removed this action from state court based on diversity jurisdiction. ECF No. 1.  I ordered Amazon to show cause why this case should not be remanded for lack of subject matter jurisdiction because there were not sufficient facts to show the amount in controversy. ECF No. 4.  In response, Amazon has provided no additional information to support the conclusion that the plaintiff seeks more than $75,000 in this case, as it has not yet received evidence of the plaintiff's medical bills or other actual damages. ECF No. 9 at 3.

    I THEREFORE ORDER that this case is remanded to the state court from which it was removed.  The clerk of court is instructed to close this case.

    DATED this 12th day of December, 2024.

                                                        ANDREW P. GORDON
                                                        CHIEF UNITED STATES DISTRICT JUDGE